UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>HAKEEM PERRY,<br><br>   Defendant. | ED CR 09-00144-VAP<br><br>[PROPOSED] REVOKING CONDITIONAL RELEASE |

On January 11, 2013 the attorney for the government appeared, and the defendant appeared (by video conference in San Francisco) with appointed counsel Joan Politeo. United States Probation Officer Jennifer James was present with defendant.

**THE COURT FINDS** that upon a preponderance of the evidence that Hakeem Perry's failure to comply with his prescribed regimen of medical psychiatric care and treatment, that is the use of synthetic marijuana, which interferes of the prescribed medication that he takes, has caused his continued release to create a substantial risk of injury to others or damage to property of others and on the basis of that use of synthetic

marijuana, the defendant's conditional release status, should be revoked.

**IT IS ADJUDGED** that the previously issued conditional order of release (EFC No. 59) is hereby revoked and the defendant Hakeem Perry is hereby remanded to the custody of the Bureau of Prisons, with the strong recommendation that he be returned to Springfield Medical Center (Illinois), and that the BOP conduct a further evaluation and report, to be completed within 45-days of his arrival at the facility.

A hearing is hereby set on this Court's calendar for April 22, 2013, at 10:00 a.m., in Courtroom No. 2, at the Eastern Division Courthouse, 3470 Twelfth Street, Riverside, California, for further proceedings.

**IT IS SO ORDERED.**

Date: January 23, 2013

_____
HONORABLE JUDGE VIRGINIA A. PHILLIPS